UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**GEORGE EDWARD WADE, JR.**          **CIVIL ACTION**

**VERSUS**                            **NO. 06-4541**

**MARLIN GUSMAN, ET AL.**             **SECTION: "K"(3)**

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the PartialReport and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's claims against Eddie Jordan, Eddie Compass, Warren Riley, Richard Stalder, Charles Foti, C. Ray Nagin, Timothy Wilkerson, and Kathleen Blanco be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

New Orleans, Louisiana, this __8th__ day of ____January____, 2006.

_____
**UNITED STATES DISTRICT JUDGE**